# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARLOS HERRERA-VILLATE,<br><br>Petitioner,<br><br>v.<br><br>W. KNIPP, Warden,<br><br>Respondent. | Case No. CV 12-0134-JVS (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 22, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE